## UNITED STATES of America, Plaintiff–Appellee

v.

## Miguel Angel GUZMAN, Defendant–Appellant.

### No. 08–10204
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2008.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

686

Case, Miguel Angel Guzman raises arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 557–64 (5th Cir.), *petition for cert. filed* (July 2, 2008) (No. 08–5226) which held that any disparity in sentencing between fast-track and non-fast-track jurisdictions is a function of Congressional policy and is not "unwarranted" under 18 U.S.C. § 3553(a)(6). He also raises arguments that are foreclosed by *United States v. Lopez–Velasquez,* 526 F.3d 804, 808 (5th Cir.), *petition for cert. filed* (July 25, 2008) (No. 08–5514) which held that the lack of a fast-track program does not result in a violation of equal protection rights. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.